NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL GERAURD, DOC #H42452, )
)
       Appellant, )
)
v. )    Case No. 2D18-816
)
STATE OF FLORIDA, )
)
       Appellee. )
_____ )

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Polk County; Neil A. Roddenbery,
Judge.

Michael Geraurd, pro se.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and LUCAS, and SALARIO, JJ., Concur.